BEFORE THE SECOND DIVISION, DECEMBER 23, 1940

**No. 45056.**—Protests 134413–G, etc., of M. W. Amberg & Co. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45057.**—Protests 592272–G, etc., of G. Albrecht Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 23, 1940

**No. 45058.**—Protest 936415–G of Golding Bros. Co. (New York).

Opinion by EVANS, J.   At the hearing all claims were abandoned excepting as to one item.   As to that entry it was stipulated that the facts contained in the collector's letter are true and correct and the letter was received in evidence. It was found therefrom that the collector admitted an error in liquidation on certain ticking described on the invoice as "Nice" and "Riviera."   The claim as to this item was therefore sustained.

BEFORE THE FIRST DIVISION, DECEMBER 26, 1940

**No. 45059.**—Protests 730151–G (A), etc., of A. D. Cohen Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

**No. 45060.**—Protest 997682–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   It was stipulated that the opera glasses in question are similar to those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74).   In accordance therewith the claim at 35 percent under paragraph 228 (b), by virtue of the trade agreement with France (T. D. 48316), was sustained.

**No. 45061.**—Protests 812390–G, etc., of A. Cohen & Sons Corp. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the atomizers are similar to those the subject of Abstract 44140.   In accordance therewith the claim at 60 percent under paragraph 218 (f) was sustained.